AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| SECURITIES AND EXCHANGE COMMISSION | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. |
| SAMUEL BANKMAN-FRIED | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

the SECURITIES AND EXCHANGE COMMISSION.

Date:   12/13/2022

/s/ Ladan F. Stewart
*Attorney's signature*

Ladan F. Stewart (NY8001)
*Printed name and bar number*

Division of Enforcement
U.S. Securities and Exchange Commission
100 Pearl Street, Suite 20-100 New York, NY 10024

*Address*

stewartla@sec.gov
*E-mail address*

(212) 336-0153
*Telephone number*

*FAX number*