AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION ) <br> *Plaintiff* ) <br> v. ) <br> SAMUEL BANKMAN-FRIED ) <br> *Defendant* ) | Case No. 22-cv-10501 |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

the SECURITIES AND EXCHANGE COMMISSION.

Date: 12-13-2022

*Attorney's signature*

Amy Harman Burkart, AH2765
*Printed name and bar number*
Division of Enforcement
U.S. Securities and Exchange Commission
33 Arch Street, 24th Floor
Boston, Massachusetts 02110-1424

*Address*

burkarta@sec.gov
*E-mail address*

(617) 573-5905
*Telephone number*

(617) 573-4590
*FAX number*