AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 22-cv-10501 |
| SAMUEL BANKMAN-FRIED | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

the SECURITIES AND EXCHANGE COMMISSION.

Date: 12-13-2022

/s/David J. D'Addio
*Attorney's signature*

David J. D'Addio, 4472882
*Printed name and bar number*
Division of Enforcement
U.S. Securities and Exchange Commission
33 Arch Street, 24th Floor
Boston, Massachusetts 02110-1424
*Address*

daddiod@sec.gov
*E-mail address*

6175734526
*Telephone number*

6175734590
*FAX number*