UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br>Plaintiff, | NOTICE OF MOTION |
| - against - | ECF Case |
| SAMUEL BANKMAN-FRIED,<br>Defendant. | No. 22 Civ. 10501 (PKC) |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

PLEASE TAKE NOTICE that upon the Complaint in the above-captioned action; the Indictment in criminal case *United States v. Samuel Bankman-Fried*, 22 Cr. 673 (LAK); and the accompanying memorandum of law, the United States of America, by its attorney Damian Williams, United States Attorney for the Southern District of New York, hereby moves this Court under Rule 24 of the Federal Rules of Civil Procedure, for an order authorizing intervention by the United States and staying civil proceedings until the conclusion of the parallel criminal case,

1

*United States v. Samuel Bankman-Fried*, 22 Cr. 673 (LAK), and for such other relief as the Court deems just and proper.

Dated: New York, New York
February 7, 2023

                                      Respectfully submitted,

                                      DAMIAN WILLIAMS
                                      United States Attorney

By:    /s/   Thane Rehn
                                        Danielle M. Kudla
                                        Samuel L. Raymond
                                        Andrew Rohrbach
                                        Nicolas Roos
                                        Thane Rehn
                                        Danielle R. Sassoon
                                        Assistant United States Attorneys
                                        One Saint Andrew's Plaza
                                        New York, New York 10007
                                        Telephone: (212) 637-2354