UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————————— x
                                  :
SECURITIES AND                    :
EXCHANGE COMMISSION,              :    Case No. 1:22-cv-10501-PKC
                                  :
              Plaintiff,          :
                                  :    **NOTICE OF APPEARANCE**
       v.                         :
                                  :
SAMUEL BANKMAN-FRIED,             :
                                  :
              Defendant.          :
———————————————————————— x

To the Clerk of this Court and all parties of record:

   **PLEASE TAKE NOTICE** that the undersigned hereby appears as counsel for Defendant Samuel Bankman-Fried in the above-captioned action. The undersigned counsel certifies that he is admitted to practice in this Court.

Dated:  New York, New York
        February 7, 2023

                                       **COHEN & GRESSER LLP**

                                       /s/ Mark S. Cohen
                                       Mark S. Cohen
                                       800 Third Avenue
                                       New York, New York 10022
                                       (212) 957-7600

                                       *Attorney for Defendant Samuel Bankman-Fried*