

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
33 Arch Street, 24th Floor
Boston, MA 02110-1424

**Boston**
**Regional Office**

February 7, 2023

**BY ECF**

The Honorable P. Kevin Castel
United States District Judge
United States District Court for the Southern
    District of New York
500 Pearl Street, Courtroom 11D
New York, New York  10007

      RE:  *SEC v. Samuel Bankman-Fried, 22-cv-10501- (PKC)*

Dear Judge Castel:

      The parties in the above referenced case are scheduled to appear for an Initial Pretrial Conference on February 15, 2023 at 12:00 p.m.  Pursuant to the Court's Order (Docket No. 7), and Individual Practices, the parties are required to confer on a Case Management Plan and submit the plan in writing to the Deputy Clerk in advance of the conference.  The parties are also required to submit a joint letter five days prior to the Conference.

      Today, the United States Attorney for the Southern District of New York moved pursuant to Rule 24 of the Federal Rules of Civil Procedure for an order authorizing intervention by the United States and staying civil proceedings in this matter until the conclusion of the parallel criminal case, *United States v. Samuel Bankman-Fried*, 22 Cr. 673 (LAK).  If granted, the motion will directly impact the schedule in the instant case.  As a result, the Securities and Exchange Commission and the Defendant jointly request an adjournment of the Initial Pretrial Conference, and an extension for the filing of a joint letter and Case Management Plan, until such time as the Court has ruled on the pending motion.

Hon. P. Kevin Castel　　　　　　　　　　　　　　　　　　　　　　　　　　Page 2
United States District Judge
Southern District of New York
February 7, 2023

No previous requests for an enlargement of time have been made.

Respectfully submitted,

*/s/ Amy Harman Burkart*
Amy Harman Burkart
David J. D'Addio
Ladan F. Stewart
Division of Enforcement
Boston Regional Office
(617) 573-5905 (Burkart)
(617) 573-4526 (D'Addio)
(212) 336-0153 (Stewart)
BurkartA@sec.gov
DaddioD@sec.gov
StewartLa@sec.gov