UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

SECURITIES AND EXCHANGE COMMISSION,
                Plaintiff,

   - against -

SAMUEL BANKMAN-FRIED,
                Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

NOTICE OF MOTION

ECF Case

No. 22 Civ. 10501 (PKC)

*Handwritten annotations:*
> The motion to intervene is GRANTED.
> The motion for a stay is GRANTED without prejudice to the right of any party to move to dissolve the stay.
> SO ORDERED
> [signature] USDJ
> 2-13-23
> Motions (ECF 11 & 15) should be terminated by the Clerk.

PLEASE TAKE NOTICE that upon the Complaint in the above-captioned action; the Indictment in criminal case *United States v. Samuel Bankman-Fried*, 22 Cr. 673 (LAK); and the accompanying memorandum of law, the United States of America, by its attorney Damian Williams, United States Attorney for the Southern District of New York, hereby moves this Court under Rule 24 of the Federal Rules of Civil Procedure, for an order authorizing intervention by the United States and staying civil proceedings until the conclusion of the parallel criminal case,

1

*United States v. Samuel Bankman-Fried*, 22 Cr. 673 (LAK), and for such other relief as the Court deems just and proper.

Dated: New York, New York
February 7, 2023

                    Respectfully submitted,

                    DAMIAN WILLIAMS
                    United States Attorney

By:     /s/   Thane Rehn
             Danielle M. Kudla
             Samuel L. Raymond
             Andrew Rohrbach
             Nicolas Roos
             Thane Rehn
             Danielle R. Sassoon
             Assistant United States Attorneys
             One Saint Andrew's Plaza
             New York, New York 10007
             Telephone: (212) 637-2354