UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | ) ) ) ) |
| Plaintiff, | ) 22 Civ. 10501 (PKC) |
| v. | ) ) ) |
| SAMUEL BANKMAN-FRIED, | ) ) ) |
| Defendant. | ) ) |

## ORDER REMOVING ATTORNEY

It is ORDERED that, for good cause shown, Ladan Stewart is removed as counsel of record for Plaintiff in this matter. The Clerk of Court is directed to note on the docket that her representation of Plaintiff is terminated.

SO ORDERED.

Dated: January __23__, 2024

The Honorable P. Kevin Castel, U.S.D.J.