UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, ) ) ) )  Plaintiff, ) ) v. ) ) SAMUEL BANKMAN-FRIED, ) ) Defendant. ) ) | Civil Action No. 22-cv-10501 (PKC) |

### MOTION TO WITHDRAW APPERANCE OF COMMISSION COUNSEL DAVID D'ADDIO

Pursuant to Local Rule 1.4(b), the Securities and Exchange Commission respectfully moves this Court to allow undersigned attorney David D'Addio to withdraw as Commission counsel in this matter, as he is leaving the Commission effective September 7, 2025. Commission counsel Amy Burkart will continue to represent the Commission in this matter.

Dated: September 4, 2025

Respectfully submitted,

SECURITIES AND EXCHANGE COMMISSION

By its Attorneys,

*/s/ David J. D'Addio*
David J. D'Addio
Amy Harman Burkart
Boston Regional Office
33 Arch Street
Boston, MA 02110
(617) 573-4526 (D'Addio)
Email: daddiod@sec.gov

## CERTIFICATE OF SERVICE

I hereby certify that, on September 4, 2025, a true and correct copy of the foregoing document was filed through the Court's CM/ECF system, and accordingly, the document will be sent electronically to all participants registered to receive electronic notices in this case.

<u>*/s/ David D'Addio*</u>